1 | Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 | P.O. Box 26360
Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

AMELIA OLIDE,  )
              )  Civil Action No. 1:05-CV-585 OWW DLB
              )
    Plaintiff, )  STIPULATION AND ORDER
              )
vs.           )
              )
JO ANNE B. BARNHART,  )
Commissioner of Social )
Security,     )
              )
    Defendant. )
_____)

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until February 17, 2006, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, May 2, 2005, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//

1 | Dated:  January 18, 2006          /s/ Gina Fazio

2 |                                    GINA FAZIO,
                                       Attorney for Plaintiff.
3 |
    Dated: January 19, 2006
4 |                                    MCGREGOR SCOTT
                                       United States Attorney
5 |
                                       By: /s/ Kimberly A. Gaab
6 |                                    (as authorized via facsimile)
                                       KIMBERLY A. GAAB
7 |                                    Assistant U.S. Attorney

8 |
        IT IS SO ORDERED.
9 |
       **Dated:   January 20, 2006**           **/s/ Dennis L. Beck**
10|    3c0hj8                           UNITED STATES MAGISTRATE JUDGE