# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMELIA OLIDE, | ) | 1:05cv585 OWW DLB |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     Plaintiff filed her complaint for review of the final decision of the Commissioner of Social Security on April 29, 2005.

     On April 26, 2006, the Magistrate Judge issued Findings and Recommendation that the complaint be dismissed for Plaintiff's failure to obey the Court's order and failure to prosecute the action. This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within fifteen (15) days of the date of service of the order. Over fifteen (15) days have passed and no party has filed objections.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued April 26, 2006, is ADOPTED IN FULL; and

2. The complaint is dismissed.

IT IS SO ORDERED.

**Dated:   September 16, 2006**          /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE